IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3042 |
| | ) | |
| V. | ) | |
| | ) | |
| RODNEY C. SHURTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to reduce sentence (filing 130) and motion for leave to proceed in forma pauperis (filing 132) are denied.

    DATED this 18th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge