IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3042 |
| | ) | |
| V. | ) | |
| | ) | |
| RODNEY C. SHURTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to appoint counsel (filing 136) is denied.

    DATED this 5th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge